UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA       )
                               )
v.                             )            NO. 2:09-CR-41
                               )
ELINA GROMOVA-EASTWOOD         )

**O R D E R**

This criminal matter is before the Court to consider the Report and

Recommendation of the United States Magistrate Judge dated January 7, 2010.   In

that Report and Recommendation, the Magistrate Judge recommends that the

defendant's motions to dismiss Counts 1 and 7, [Docs. 149, 150, 161, and 162], of the

indictment be denied.   The defendant has not filed an objection to this

recommendation.  After careful consideration of the record as a whole, and after

careful consideration of the Report and Recommendation of the United States

Magistrate Judge, and for the reasons set out in that  Report and Recommendation

which are incorporated by reference herein,  it is hereby **ORDERED** that this Report

and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 204], and that the

motions to dismiss be **DENIED**.  [Docs. 149, 150, 161, and 162].

E N T E R:

                                   s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE